**Date of Arrest: 01/26**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Vicente Alfredo GARCIA-Caldas<br>AKA: None Known<br>028982032<br>YOB: 1967<br>Citizen of: Peru<br><br>Defendant | Magistrate Case No.  22-1082MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 26, 2022 Defendant Vicente Alfredo GARCIA-Caldas, an alien, was found in the United States at or near Yuma, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Peru through the port of Alexandria, Louisiana, on or about May 07, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louis Uhl*
*SAD for LCU*

_____
Signature of Complainant

Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| | | |
|---|---|---|
| January 27, 2022 | at | Yuma, Arizona |
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Vicente Alfredo GARCIA-Caldas
AKA: None Known
028982032

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 26, 2022, near Yuma, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Peru and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near New York, New York on or about July 04, 1991. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about May 07, 2020, through the port of Alexandria, Louisiana, subsequent to a conviction in an United States District Court, District of Western Texas on or about November 05, 2019, for the crime of Illegal Reentry into the United States, a felony.

Agents determined that on or about January 26, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Sergio Mora and Anastasiya Katekhina.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jason Helton.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____January 27, 2022_____
Date

_____
Signature of Judicial Officer

-2-